1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                     NORTHERN DISTRICT OF CALIFORNIA
8
THE CHUCK OLSEN CO., INC.,
9                                                    No. C 08-03039 MEJ
10           Plaintiff(s),                           **CONSENT TO PROCEED BEFORE A**
                                                     **UNITED STATES MAGISTRATE JUDGE**
11       v.
12   MENDOCINO GOLD GIFTS LLC, et al.,
13           Defendant(s).
                                              /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: July 14, 2008                            /s/ Marion I. Quesenbery
                                                     Signature
22
                                                     Counsel for   Plaintiff
23                                                   (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28