Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:     (510) 705-8894
Facsimile:     (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
The Chuck Olsen Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC.,<br><br>             Plaintiff,<br><br>        v.<br><br>MENDOCINO GOLD GIFTS LLC, et al.,<br><br>             Defendants. | CASE NO.  C08-03039 MEJ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE**<br><br>CMC Date:  September 25, 2008<br>CMC Time: 10:00 a.m.<br>CMC Place: Ctrm. B, 15th Floor<br>                    San Francisco |

Plaintiff The Chuck Olsen Co., Inc. ("Olsen" or "Plaintiff") respectfully requests that the Case Management Conference and the associated dates be continued for an additional 30 to 45 days based on the following:

1.     All Defendants have been served with the Complaint and Summons in this action, and Plaintiff intends to file the Proof of Service and a Request for Entry of Default today or tomorrow.

2.     Plaintiff also intends to draft and file a motion for entry of default judgment, which Plaintiff's counsel anticipates will be filed next week.

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ–Page 1

1  Consequently, it makes sense to continue the Case Management Conference for 30-45 days to allow Plaintiff to file a motion for default judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 23, 2008                    RYNN & JANOWSKY, LLP


                                    By:     /s/ Marion I. Quesenbery
                                            MARION I. QUESENBERY
                                            Attorneys for Plaintiff
                                            The Chuck Olsen Co., Inc.


**IT IS SO ORDERED. The Case Management Conference is continued to _November 6,_ 2008, at _10:00_ a.m., in Courtroom B, 15th Floor, San Francisco.**

Date: September 23, 2008

_____
U.S. MAGISTRATE JUDGE

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Maria-Elena James]

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ–Page 2