Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
The Chuck Olsen Co., Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>MENDOCINO GOLD GIFTS LLC, et al.,<br><br>          Defendants. | CASE NO. C08-03039 MEJ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE**<br><br>CMC Date: November 6, 2008<br>CMC Time: 10:00 a.m.<br>CMC Place: Ctrm. B, 15th Floor<br>               San Francisco |

Plaintiff The Chuck Olsen Co., Inc. ("Olsen" or "Plaintiff") respectfully requests that the Case Management Conference and the associated dates be continued for an additional 30 to 45 days. The Court previously granted a similar request, continuing the Case Management Conference from September 25, 2008 to November 6, 2008. Unfortunately, the Proof of Service, Request for Entry of Default, and Motion for Entry of Default Judgment has not been filed, as anticipated. Plaintiff intends to do so, within the next week, and requests a continuance to allow it to file the necessary documents.

All Defendants have been served with the Complaint and Summons in this action, and although Plaintiff has discussed the Complaint and possible settlement with Defendants'

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ – Page 1

1  representative, Defendants have not responded to the Complaint and no settlement appears to be
2  likely.
3      Consequently, Plaintiff respectfully requests that the Case Management Conference for
4  30-45 days to allow Plaintiff to file a motion for default judgment.
5      I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.

Date:  November 2, 2008            RYNN & JANOWSKY, LLP

By:   /s/ Marion I. Quesenbery
      MARION I. QUESENBERY
      Attorneys for Plaintiff
      The Chuck Olsen Co., Inc.

**IT IS SO ORDERED. The Case Management Conference is continued to** _December 18_ **2008, at** _10:00_ **a.m., in Courtroom B, 15th Floor, San Francisco.**

Plaintiff shall not file a default judgment motion unless the Clerk of Court grants a request for entry of default.

Date:  November _3_, 2008

                                                        U.S. MAGISTRATE JUDGE

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ – Page 2