Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com
E-mail: elise@rjlaw.com

Attorneys for Plaintiff
The Chuck Olsen Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> MENDOCINO GOLD GIFTS LLC, et al., <br><br> Defendants. | CASE NO. C08-03039 MEJ <br><br> **CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE** <br><br> CMC Date: December 18, 2008 <br> CMC Time: 10:00 a.m. <br> CMC Place: Ctrm. B, 15th Floor <br> San Francisco |

Plaintiff The Chuck Olsen Co., Inc. ("Olsen" or "Plaintiff") respectfully requests that the Case Management Conference and the associated dates be continued for an additional 45 to 60 days based on the following:

1. All Defendants have been served with the Complaint and Summons in this action, Plaintiff has filed the Proof of Service, and a Request for Entry of Default by Clerk has been filed. The Clerk has requested clarification regarding service, which counsel is obtaining from the process server, and a Declaration will be filed shortly responding to the Clerk's inquiry.

2. Plaintiff's attorney has been discussing a resolution of this action with Defendants' representative, and she expects that that parties will reach an agreement within the

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ – Page 1

next two weeks relating to payment of the sums that Plaintiff alleges are due under its PACA trust claim and its contract claim.

    3.    Based on these on-going discussions, Plaintiff respectfully requests one last continuance of the Case Management Conference for 45 to 60 days to allow Plaintiff either to dismiss this action (based on a settlement between the parties and payment of the sums owed) or to file a motion for default judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 11, 2008                RYNN & JANOWSKY, LLP

                                      By:    /s/ Marion I. Quesenbery
                                                MARION I. QUESENBERY
                                                Attorneys for Plaintiff
                                                The Chuck Olsen Co., Inc.

**IT IS SO ORDERED. The Case Management Conference is continued to February 26, 2009, at 10:00 a.m., in Courtroom B, 15th Floor, San Francisco.**

Date: December __, 2008

_____
U.S. MAGISTRATE JUDGE

CMC Statement/Request to Continue, Case No. C 08-03039 MEJ – Page 2