IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | No. C 08-3039 MEJ |
| Plaintiff(s), | **ORDER REQUESTING STATUS UPDATE** |
| vs. | |
| MENDOCINO GOLD GIFTS LLC, et al., | |
| Defendant(s). | |

On December 19, 2008, the Clerk of Court declined Plaintiff's request to enter default against the Defendants in the above-captioned matter. No further docket action has taken place since that time. Accordingly, the Court hereby ORDERS Plaintiff to file a status statement by February 24, 2009.

**IT IS SO ORDERED.**

Dated: February 10, 2009

MARIA ELENA JAMES
United States Magistrate Judge