IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | No. C 08-3039 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| vs. | |
| MENDOCINO GOLD GIFTS LLC, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on February 26, 2009 at 10:00 a.m. However, no defendants have made an appearance, the Clerk of Court declined Plaintiff's request to enter default against them, and the Court has requested that Plaintiff file a status report by February 24, 2009. Accordingly, the Court hereby VACATES the February 26 c.m.c. Upon review of Plaintiff's status report, the Court shall issue a scheduling order.

**IT IS SO ORDERED.**

Dated: February 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge