IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | No. C 08-3039 MEJ |
| Plaintiff(s), | **ORDER REQUESTING UPDATED STATUS REPORT** |
| vs. | |
| MENDOCINO GOLD GIFTS LLC, et al., | |
| Defendant(s). | |

On February 24, 2009, Plaintiff's counsel filed a status report regarding service of process and entry of default. (Dkt. #16.) Since that time, no further docket activity has occurred. Accordingly, the Court hereby ORDERS Plaintiff to file an updated status report by July 9, 2009. As this case has been pending for over one year, and there is no indication that proper service has occurred, Plaintiff should be mindful that the Court may dismiss a case pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 25, 2009

MARIA-ELENA JAMES
United States Magistrate Judge