IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | No. C 08-3039 MEJ |
| Plaintiff(s), | **ORDER FOR PLAINTIFF TO FILE DEFAULT JUDGMENT MOTION** |
| vs. | |
| MENDOCINO GOLD GIFTS LLC, et al., | |
| Defendant(s). | |

On July 10, 2009, the Court issued an order (Dkt. #21) in response to Plaintiff's status report (Dkt. #20). In its Order, the Court instructed Plaintiff to file a motion for default judgment within 30 days from the entry of default by the Clerk of Court. The Clerk entered default on July 16, 2009, yet Plaintiff has not filed a default judgment motion. Accordingly, the Court hereby ORDERS Plaintiff to file a default judgment motion by October 15, 2009.

**IT IS SO ORDERED.**

Dated: September 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge