IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | No. C 08-3039 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | |
| MENDOCINO GOLD GIFTS LLC, et al., | |
| Defendant(s). | |

On July 10, 2009, the Court ordered Plaintiff to file a motion for default judgment within 30 days if the Clerk of Court entered default. As the Clerk entered default on July 16, 2009, and Plaintiff has made no further appearance in this matter, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court orders and deadlines. Plaintiff shall file a declaration by October 29, 2009, and the Court shall conduct a hearing on November 5, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge