UNITED STATES DISTRICT COURT

Northern District of California

THE CHUCK OLSEN CO., INC.,

                Plaintiff(s),                No. C 08-03039 MEJ

  v.

MENDOCINO GOLD GIFTS LLC,         **ORDER VACATING OSC**

                Defendant(s).

_____/

This matter is currently set for an order to show cause hearing. (Dkt. #25.) Having reviewed Plaintiff's counsel's response to the osc, the Court hereby VACATES the November 5, 2009 hearing.

**IT IS SO ORDERED.**

Dated: October 30, 2009

                                                                _____
                                                                Maria-Elena James
                                                               Chief United States Magistrate Judge