Marion I. Quesenbery, Cal. SBN 072308
Elise C. O'Brien, Cal. SBN 245967
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail:  marion@rjlaw.com
E-mail:  elise@rjlaw.com

Attorneys for Plaintiff
The Chuck Olsen Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHUCK OLSEN CO., INC., | CASE NO.  C08-03039 SI |
| Plaintiff, | **PROPOSED JUDGMENT** |
| v. | |
| MENDOCINO GOLD GIFTS LLC dba GOTFRUIT.COM; ALEXANDER THOMAS III, individually and as trustee of Revocable Trust dated 10-28-91; STEPHEN N. THOMAS, individually and as trustee of Revocable Trust dated 11-12-91; and ANNE I. THOMAS, individually and as trustee of Revocable Trust dated 9-17-91, | |
| Defendants. | |

This action come on for hearing before the Court on Plaintiff's Motion For Default Judgment.  The Court has fully considered all papers and pleadings and evidence submitted in support of and opposition to the Motion, if any.  The issues have been duly heard and a decision has been rendered,

IT IS ORDERED AND ADJUDGED that the Court enters Judgment in favor of Plaintiff The Chuck Olsen Co., Inc. against Defendants Mendocino Gold Gifts, LLC,

Judgment – Case No. C08-03039 SI

Alexander Thomas III, individually and as trustee of Revocable Trust dated 10-28-91, and Stephen N. Thomas, individually and as trustee of Revocable Trust dated 10-28-91, jointly and severally, as follows:

1. For $34,786.00, on The Chuck Olsen Co., Inc.'s Perishable Agricultural Commodities Act ("PACA") Trust claim, for violating the PACA and breaching their fiduciary duties under the PACA, 7 U.S.C. § 499e(c), plus pre-judgment interest of $10,521.44, post-judgment interest @ 18% per year until paid in full, and attorneys fees to date of $7,094.16, as well as post-judgment attorneys' fees incurred by Plaintiff to enforce or collect this Judgment.

Date: January 25 2010

_____
United Stated District Judge

Judgment – Case No. C08-03039 SI